IH-32 Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

Full Caption of Later Filed Case:

STEPHEN BUSHANSKY

Plaintiff

vs.

COWEN INC., JEFFREY M. SOLOMON, BRETT BARTH, KATHERINE E. DIETZE, GREGG A. GONSALVES, LORENCE H. KIM, STEVEN KOTLER, LAWRENCE E. LEIBOWITZ, MARGARET L. POSTER, and DOUGLAS A. REDIKER

Defendant

Case Number

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

SHIVA STEIN

Plaintiff

vs.

COWEN INC., JEFFREY M. SOLOMON, BRETT BARTH, KATHERINE E. DIETZE, GREGG A. GONSALVES, LORENCE H. KIM M.D., STEVEN KOTLER, LAWRENCE E. LEIBOWITZ, MARGARET L. POSTER, and DOUGLAS A. REDIKER

Defendant

Case Number

1:22-cv-08254-JGK

Status of Earlier Filed Case:

☐ Closed (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open (If so, set forth procedural status and summarize any court rulings.)

Complaint filed on 09/27/22. Case assigned to the Honorable John G. Koeltl.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed case is related to the earlier filed case for the following reasons:
(1) involves the same parties and is based on the same or similar claims;
(2) arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact; and
(3) is likely for other reasons to require substantial duplication of judicial resources if heard by different judges

Signature: /s/ Michael A. Rogovin Date: 10/07/2022

Firm: Weiss Law